UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv500-RJC

| | |
|---|---|
| MARK WORSLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY CORPORATION; DUKE ENERGY LONG-TERM DISABILITY INSURANCE PLAN; DUKE ENERGY CORPORATION BENEFITS COMMITTEE; and DUKE ENERGY CORPORATION CLAIMS COMMITTEE,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court sua sponte. There are currently three pending motions for summary judgment. The Court will thus continue the September 20, 2010, trial date, setting a new trial date if necessary after the outstanding motions are resolved.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　Signed: September 14, 2010

　　　　　　　　　　　　　　　　　　　Robert J. Conrad, Jr.
　　　　　　　　　　　　　　　　　　　Chief United States District Judge