# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07cv500-RJC-DCK

| | |
|---|---|
| MARK WORSLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AETNA LIFE INSURANCE COMPANY )<br>and DUKE ENERGY LONG-TERM )<br>DISABILITY INSURANCE PLAN, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court sua sponte. The Court has received communication from plaintiff's counsel that the plaintiff in this matter, Mark Worsley, has died. As a result, the Court will stay this case until a proper plaintiff is substituted. If no plaintiff is substituted within fifteen (15) days of this Order, the Court will dismiss the matter without prejudice.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** until a proper party moves to substitute as plaintiff and pursue the claims on behalf of the deceased.

Signed: December 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge