## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:07-CV-500-RJC-DCK

| | | |
|---|---|---|
| MARK WORSLEY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AETNA LIFE INSURANCE COMPANY; | ) | |
| DUKE ENERGY CAROLINAS, LLC; | ) | |
| DUKE ENERGY LONG-TERM DISABILITY | ) | |
| INSURANCE PLAN; | ) | |
| DUKE ENERGY BENEFITS COMMITTEE; | ) | |
| DUKE ENERGY CLAIMS COMMITTEE; | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Substitute Plaintiff" (Document No. 62) filed on January 12, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motion, and noting the consent of Defendants' counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Substitute Plaintiff" (Document No. 62) is **GRANTED**.

Signed: January 13, 2011

David C. Keesler
United States Magistrate Judge