# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tina Worsley ,

*as Administratrix of the Estate of*

Mark Worsley

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                        3:07cv500

Aetna Life Insurance Company, et al

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 25, 2011 Order.

                                          Signed: January 25, 2011

                                          Frank G. Johns, Clerk
                                          United States District Court